# Exhibit A



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Tue Oct 25 03:21:01 EDT 2016

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP] [PREV LIST] [CURR LIST]
[NEXT LIST] [FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

[Logout]   Please logout when you are done to release system resources allocated for you.

[Start]  List At: [    ]  OR  [Jump]  to record: [    ]    **Record 6 out of 8**

[TSDR]  [ASSIGN Status]  [TTAB Status]   ( Use the "Back" button of the Internet Browser to return to TESS)

## Typed Drawing

| | |
|---|---|
| **Word Mark** | PILL POCKETS |
| **Goods and Services** | IC 010. US 026 039 044. G & S: Ingestible pouch sold empty for use in encapsulating and aiding in the oral administration of medications and vitamins. FIRST USE: 20020801. FIRST USE IN COMMERCE: 20020801 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 78034057 |
| **Filing Date** | November 6, 2000 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | January 1, 2002 |
| **Registration Number** | 2673252 |
| **Registration Date** | January 7, 2003 |
| **Owner** | (REGISTRANT) Hayden, Linda L. INDIVIDUAL UNITED STATES 3741 Morning Glory Drive Castle Rock COLORADO 80104 |
| | (LAST LISTED OWNER) MARS, INCORPORATED INCORPORATED DELAWARE 6885 ELM STREET MCLEAN VIRGINIA 22101 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Anthony Palumbo |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20120629. |
| **Renewal** | 1ST RENEWAL 20120629 |

| Live/Dead Indicator | LIVE |
|---|---|

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST
NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Int. Cl.: 10

Prior U.S. Cls.: 26, 39, and 44

Reg. No. 2,673,252

**United States Patent and Trademark Office**   Registered Jan. 7, 2003

## TRADEMARK
### PRINCIPAL REGISTER

## PILL POCKETS

HAYDEN, LINDA L. (UNITED STATES INDIVIDUAL)
3741 MORNING GLORY DRIVE
CASTLE ROCK, CO 80104

FOR: INGESTIBLE POUCH SOLD EMPTY FOR USE IN ENCAPSULATING AND AIDING IN THE ORAL ADMINISTRATION OF MEDICATIONS AND VITAMINS, IN CLASS 10 (U.S. CLS. 26, 39 AND 44).

FIRST USE 8-1-2002; IN COMMERCE 8-1-2002.

SN 78-034,057, FILED 11-6-2000.

TONJA GASKINS, EXAMINING ATTORNEY

| | |
|---|---|
| From: | TMOfficialNotices@USPTO.GOV |
| Sent: | Friday, June 29, 2012 11:03 PM |
| To: | tmdocket@arentfox.com |
| Cc: | marsdocket@arentfox.com |
| Subject: | Trademark RN 2673252: Official Notice of Acceptance and Renewal under Sections 8 and 9 of the Trademark Act |

Serial Number: 78034057
Registration Number: 2673252
Registration Date: Jan 7, 2003
Mark: PILL POCKETS
Owner: THE NUTRO COMPANY

Jun 29, 2012

## NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058. **The Section 8 declaration is accepted.**

## NOTICE OF REGISTRATION RENEWAL UNDER SECTION 9

The renewal application filed for the above-identified registration meets the requirements of Section 9 of the Trademark Act, 15 U.S.C. §1059. **The registration is renewed.**

The registration will remain in force for the class(es) listed below for the remainder of the ten-year period, calculated from the registration date, unless canceled by an order of the Commissioner for Trademarks or a Federal Court.

Class(es):
010

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

## REQUIREMENTS FOR MAINTAINING REGISTRATION IN SUCCESSIVE TEN-YEAR PERIODS

**WARNING:** Your registration will be canceled if you do not file the documents below during the specified time periods.

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date. See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***The USPTO WILL NOT SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS. THE REGISTRANT SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.***

To view this notice and other documents for this application on-line, go to http://tdr.uspto.gov/search.action?sn=78034057. NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

### Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Tue Oct 25 03:21:01 EDT 2016

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout  Please logout when you are done to release system resources allocated for you.

Start | List At: ___ OR Jump to record: ___  **Record 2 out of 8**

TSDR | ASSIGN Status | TTAB Status  ( Use the "Back" button of the Internet Browser to return to TESS)

# PILL POCKETS

| | |
|---|---|
| **Word Mark** | PILL POCKETS |
| **Goods and Services** | IC 031. US 001 046. G & S: Pet food and pet treats. FIRST USE: 20020801. FIRST USE IN COMMERCE: 20020801 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85288973 |
| **Filing Date** | April 7, 2011 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | August 9, 2011 |
| **Registration Number** | 4045515 |
| **Registration Date** | October 25, 2011 |
| **Owner** | (REGISTRANT) THE NUTRO COMPANY CORPORATION CALIFORNIA 1550 W. McEwen Drive Franklin TENNESSEE 37067 |
| | (LAST LISTED OWNER) MARS, INCORPORATED INCORPORATED DELAWARE 6885 ELM STREET MCLEAN VIRGINIA 22101 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Anthony Palumbo |
| **Prior Registrations** | 2673252;3073514 |
| **Type of Mark** | TRADEMARK |

**Register** PRINCIPAL
**Live/Dead Indicator** LIVE

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST
NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

# United States of America
## United States Patent and Trademark Office

# PILL POCKETS

| | |
|---|---|
| **Reg. No. 4,045,515** | THE NUTRO COMPANY (CALIFORNIA CORPORATION) |
| **Registered Oct. 25, 2011** | 1550 W. MCEWEN DRIVE<br>FRANKLIN, TN 37067 |
| **Int. Cl.: 31** | FOR: PET FOOD AND PET TREATS, IN CLASS 31 (U.S. CLS. 1 AND 46). |
| **TRADEMARK** | FIRST USE 8-1-2002; IN COMMERCE 8-1-2002. |
| **PRINCIPAL REGISTER** | THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR. |
| | OWNER OF U.S. REG. NOS. 2,673,252 AND 3,073,514. |
| | SER. NO. 85-288,973, FILED 4-7-2011. |
| | DAVID COLLIER, EXAMINING ATTORNEY |



David J. Kappos

Director of the United States Patent and Trademark Office