**Exhibit B**

GT GreenbergTraurig

Masahiro Noda
Tel 212.801.2168
Fax 212.309.9560
nodam@gtlaw.com

March 17, 2016

<u>Via Electronic Mail and UPS</u>

Adam M. Ekonomon, Esq.
Big Heart Pet Brands
P.O. Box 193575
San Francisco, CA 94119-3575

The J.M. Smucker Company
One Strawberry Lane
Orrville, OH 44667-1298

Email: adam.ekonomon@jmsmucker.com
rommel.cortez@jmsmucker.com

Re: <u>Use of PILL POUCHES By Bet Heart Pet Brands</u>

Dear Mr. Ekonomon:

    We are attorneys for Mars, Incorporated ("Mars" or "our client"), a leading developer and manufacturer of premium pet food products. Mars has been developing and manufacturing premium pet food products for over eighty years, including its famous GREENIES® brand of dental treats and dental chews for dogs and cats.

    Mars is the owner of the well-established family of famous GREENIES® trademarks and is also the owner of two federal trademark registrations for PILL POCKETS covering "ingestible pouch sold empty for use in encapsulating and aiding in the oral administration of medications and vitamins" (Reg. No. 2673252) as well as "pet food and pet treats" (Reg. No. 4045515), which are sold as part of the GREENIES® brand (hereinafter, the "PILL POCKETS Trademark"). As a result of Mars' extensive and substantially exclusive use of the PILL POCKETS Trademark, coupled with its extensive advertising and marketing, it exclusively identifies our client as the source of the pet foods and pet treats. Both the GREENIES® brand and the PILL POCKETS Trademark enjoy tremendous goodwill and represent valuable assets of our client's business.

    It has recently come to our attention that Big Heart Pet Brands ("you" or "your company") is promoting and advertising ingestible pouch treats for pets as depicted below:

ALBANY
AMSTERDAM
ATLANTA
AUSTIN
BERLIN¬
BOCA RATON
BOSTON
CHICAGO
DALLAS
DELAWARE
DENVER
FORT LAUDERDALE
HOUSTON
LAS VEGAS
LONDON*
LOS ANGELES
MEXICO CITY·
MIAMI
MILAN**
NEW JERSEY
NEW YORK
NORTHERN VIRGINIA
ORANGE COUNTY
ORLANDO
PHILADELPHIA
PHOENIX
ROME**
SACRAMENTO
SAN FRANCISCO
SEOUL∞
SHANGHAI
SILICON VALLEY
TALLAHASSEE
TAMPA
TEL AVIV^
TOKYO¤
WARSAW~
WASHINGTON, D.C.
WESTCHESTER COUNTY
WEST PALM BEACH

¬ OPERATES AS
GREENBERG TRAURIG GERMANY, LLP
* OPERATES AS
GREENBERG TRAURIG MAHER LLP
· OPERATES AS
GREENBERG TRAURIG, S C
** STRATEGIC ALLIANCE
∞ OPERATES AS
GREENBERG TRAURIG LLP
FOREIGN LEGAL CONSULTANT OFFICE
^ A BRANCH OF
GREENBERG TRAURIG P.A.,
FLORIDA, USA
¤ OPERATES AS
GT TOKYO HORITSU JIMUSHO
= OPERATES AS
GREENBERG TRAURIG GRZESIAK SP K

GREENBERG TRAURIG, LLP ■ ATTORNEYS AT LAW ■ WWW.GTLAW.COM
MetLife Building, 200 Park Avenue ■ New York, New York 10166 ■ Tel 212.801.9200 ■ Fax 212.801.6400





Prescription pilling is a significant challenge for 7 of 10 pet owners. While clients agree that successful pilling is an important contributing factor to the systemic health of their pets, difficulty pilling may adversely affect pet health. Currently, only 12% of dog owners can successfully pill without using human food as a disguise, leading to higher calorie intake on top of everyday diets. That is why we have created an easy-to-use solution designed to help clients conceal the taste and smell of medication inside a convenient, mess-free treat.



GREAT TASTE
Highly palatable in 99% of dogs tested.

MESS-FREE
Easier and more convenient than human food alternatives.

CONCEALS
Seals medicine inside to improve pilling acceptance.

New Milk-Bone® Pill Pouches have a soft, malleable form that fits most capsules and tablets. Available in two delicious flavors with real chicken as the first ingredient, these meaty, bite-size treats are highly palatable in 99% of dogs tested, helping to improve pilling compliance. With 80% fewer calories than human food disguises like peanut butter, cheese or meat, Milk-Bone® Pill Pouches are a great alternative perfect for everyday use.

**DIRECTIONS FOR USE:**
KEEP PILL TASTE AND SMELL AWAY FROM THE OUTSIDE OF THE TREAT. USE ONE HAND FOR THE TREAT AND ONE FOR THE PILL.


**1) FILL:**
Hold Pill Pouches treat with your thumb and forefinger, insert medicine.


**2) PINCH:**
After inserting medicine, pinch both sides closed using one hand.


**3) GIVE:**
The Pill Pouches treat is now sealed and ready to feed to your dog.

As with other Milk-Bone® brand offerings, new Milk-Bone® Pill Pouches will be widely available to your clients at an affordable price. You and your clients will see a national advertising campaign designed to build awareness of this new innovative solution.

It is of great concern to our client that your company has decided to employ a product name, namely, "Pill Pouches" for the same products for which Mars has registered the PILL POCKETS Trademark. Mars believes that the use of the name "Pill Pouches" for the same

products covered under the PILL POCKETS Trademark is likely to cause confusion, mistake, and deception as to the source of your goods.

Furthermore, the "Directions for Use" appearing at the bottom of the back of the "Pill Pouches" product packaging (the "Directions") is very similar to the "Feeding Guidelines," which has been long used by Mars, also appearing on the back of the PILL POCKETS packaging ("Feeding Guidelines"). The Directions are set forth in 3 steps (so are the Feeding Guidelines), employ highly similar diagrams (your company's images are horizontal versions of the Feeding Guidelines' images), and incorporate similar explanations under each step (e.g., Step 1 for the "Directions" states "FILL: Hold Pill Pouches treat with your thumb and forefinger; insert medicine" whereas Step 1 for Mars' Feeding Guidelines states "Hold PILL POCKETS® treat with your thumb and forefinger, insert tablet/capsule." Please see below.

Your Client's "Directions for Use" for Pill Pouches





Mars' PILL POCKETS "Feeding Guidelines"



In light of the foregoing, please give me a call in the next week to discuss this matter in the interest of resolving this matter amicably and expeditiously.

Big Heart Pet Brands
March 17, 2016
Page 5

The above does not constitute an offer of settlement and is sent without prejudice to any rights or claims of Mars, all of which are expressly reserved.

Best regards,

Masahiro Noda