# Exhibit C

# JONES DAY

NORTH POINT • 901 LAKESIDE AVENUE • CLEVELAND, OHIO 44114.1190
TELEPHONE: +1.216.586.3939 • FACSIMILE: +1.216.579.0212

Direct Number: (216) 586-1247
tfraelich@JonesDay.com

JP315436:cmg
599928-055006

April 4, 2016

VIA EMAIL (NODAM@GTLAW.COM) AND REGULAR MAIL

Masahiro Noda
Greenberg Traurig
MetLife Building
200 Park Avenue
New York, NY 10166

Re: PILL POCKETS Matter

Dear Mr. Noda:

Following up on our conversation last week, I have had the chance to discuss this matter and the substance of our conversation with my client. I wanted to let you know that I will have a more substantive response to you later this week.

In the interim, if you have any comments or questions, please feel free to call me.

Sincerely,

Timothy P. Fraelich

NAI-1500930794v1

ALKHOBAR • AMSTERDAM • ATLANTA • BEIJING • BOSTON • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS
DETROIT • DUBAI • DÜSSELDORF • FRANKFURT • HONG KONG • HOUSTON • IRVINE • JEDDAH • LONDON • LOS ANGELES
MADRID • MEXICO CITY • MIAMI • MILAN • MOSCOW • MUNICH • NEW YORK • PARIS • PERTH • PITTSBURGH • RIYADH
SAN DIEGO • SAN FRANCISCO • SÃO PAULO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON