**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**(Alexandria Division)**

| | | |
|---|---|---|
| MARS, INCORPORATED, *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No.   1:16cv1451   CMH/MSN |
| | ) | |
| THE J.M. SMUCKER COMPANY, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |

## <u>PLAINTIFFS MARS, INCORPORATED AND MARS PETCARE US, INC.'S FINANCIAL INTEREST DISCLOSURE STATEMENT</u>

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Civil Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, Plaintiffs Mars, Incorporated and Mars Petcare US, Inc. state that neither of them is a publicly traded company. No parents, trusts, subsidiaries or affiliates of Mars, Incorporated or Mars Petcare US, Inc. have issues shares or debt securities to the public.

Dated: November 21, 2016

*/s/ David G. Barger*
David G. Barger, VSB #21652
Greenberg Traurig, LLP
1750 Tysons Blvd., Suite 1000
McLean, VA 22102
Tel.: (703) 749-1307
Fax: (703) 743-8307
bargerd@gtlaw.com

*Counsel for Plaintiffs*
